# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PATRICIA MCINTYRE,** *on behalf of herself and all others similarly situated,*  *Plaintiff,* | : : : : | CIVIL ACTION |
| v. | : : | |
| **REALPAGE, INC., d/b/a ON-SITE,** *Defendant.* | : : | NO. 18-cv-03934 |

## ORDER

**AND NOW**, this **21st** day of **October 2021**, upon consideration of Defendant's Motion for Reconsideration (ECF No. 90), Plaintiff's Response in Opposition (ECF No. 93), and Defendant's Reply (ECF No. 94), it is hereby **ORDERED** that Defendant's Motion for Reconsideration is **DENIED**.

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**

1