UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PATRICIA MCINTYRE, on behalf of herself and all others similarly situated, <br><br>    *Plaintiff*, <br><br> v. <br><br> REALPAGE, INC., d/b/a ON-SITE, <br><br>    *Defendant*. | Case No. 2:18-cv-03934-CFK |

### PLAINTIFF'S UNOPPOSED MOTION FOR AN ORDER DIRECTING NOTICE TO THE SETTLEMENT CLASS

NOW COMES Plaintiff and Class Representative[1] Patricia McIntyre, by and through undersigned Class Counsel, and moves this Honorable Court for an Order directing notice to the Settlement Class. In reliance upon the contemporaneously filed memorandum of law and its exhibits, McIntyre respectfully requests that the Court grant the instant motion and enter the proposed Order included herewith.

Dated:   November 1, 2022

Respectfully submitted,

PATRICIA MCINTYRE, *on behalf of herself and the Settlement Class*,

By:   */s/John Soumilas*
James A. Francis
John Soumilas
Lauren KW Brennan
Jordan M. Sartell (*pro hac vice*)
**FRANCIS MAILMAN SOUMILAS, P.C.**
1600 Market Street, Suite 2510
Philadelphia, PA 19103
T: 215-735-8600
F: 215-940-8000
jfrancis@consumerlawfirm.com
jsoumilas@consumerlawfirm.com
lbrennan@consumerlawfirm.com
jsartell@consumerlawfirm.com

---

[1] Capitalized terms are defined in § 2 of the Settlement Agreement, filed contemporaneously as Exhibit 1 to Plaintiff's memorandum of law.

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing was filed using the Court's CM/ECF system that will send notice of said filing to all counsel of record in this matter.

Dated:    November 1, 2022              */s/ John Soumilas*
                                        John Soumilas