## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PATRICIA MCINTYRE, on behalf of herself and all others similarly situated,<br><br>  *Plaintiff*,<br><br> v.<br><br>REALPAGE, INC., d/b/a ON-SITE,<br><br>  *Defendant*. | Case No. 2:18-cv-03934-CFK |

### MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

NOW COMES Plaintiff and Class Representative Patricia McIntyre, by and through undersigned Class Counsel, and moves this Honorable Court for final approval of the parties' Class Settlement. In reliance upon the contemporaneously filed memorandum of law and its exhibits, McIntyre respectfully requests that the Court grant the instant motion and enter the proposed Final Approval Order and Consent Injunctive Relief Order included herewith.

Dated: February 27, 2023    Respectfully submitted,

              PATRICIA MCINTYRE, *on behalf of herself and the Settlement Class*,

       By: */s/John Soumilas*
          James A. Francis
          John Soumilas
          Lauren KW Brennan
          Jordan M. Sartell (*pro hac vice*)
          **FRANCIS MAILMAN SOUMILAS, P.C.**
          1600 Market Street, Suite 2510
          Philadelphia, PA 19103
          T: 215-735-8600
          F: 215-940-8000
          jfrancis@consumerlawfirm.com
          jsoumilas@consumerlawfirm.com
          lbrennan@consumerlawfirm.com
          jsartell@consumerlawfirm.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing was filed using the Court's CM/ECF system that will send notice of said filing to all counsel of record in this matter.

Dated:   February 27, 2023                         */s/ John Soumilas*
                                                                    John Soumilas